Millie V. BRUNDIDGE v. STATE.
4 Div. 109.

Court of Appeals of Alabama.
April 30, 1935.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
The defendant was indicted on a charge of assault to murder and on her trial was convicted of assault and battery.

The verdict of the jury had the effect of acquitting the defendant of the charge of as-

916

sault to murder, and hence it becomes unnecessary for us to pass upon any questions relating alone to that charge. We have examined the record relative to the charge of assault and battery, and nowhere do we find error. The judgment is affirmed.

Affirmed.